**Candy J. MULLAN, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 06–3016.

United States Court of Appeals, Federal Circuit.

Jan. 5, 2006.

Candy J. Mullan, pro se.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Larry D. KEMP, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 05–3226.

United States Court of Appeals, Federal Circuit.

Jan. 5, 2006.

Larry D. Kemp, pro se.

Before MICHEL, Chief Judge, LOURIE, Circuit Judge, and LINN, Circuit Judge.

### ORDER

A petition for rehearing having been filed by the PETITIONER,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for rehearing be, and the same hereby is, DENIED.

The mandate of the court will issue on January 12, 2006.